UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1700 MWF (AFMx)**                                      Date:  August 6, 2021

Title      **Alfonso Davalos v. Ki Ho Yang, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

|                Rita Sanchez                |           Not Reported            |
| :----------------------------------------: | :-------------------------------: |
|                Deputy Clerk                |     Court Reporter / Recorder     |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :-------------------------------: | :-------------------------------: |
|            Not Present            |            Not Present            |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

     In light of the Notice of Settlement [23] filed August 4, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for October 18, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

     IT IS SO ORDERED.